# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

FILED
CLERK

2014 OCT 16 PM 3: 45

U.S. DISTRICT COURT
EASTERN DISTRICT

WEINSTEIN, J.

## MISCELLANEOUS CASE INFORMATION SHEET

**MISC14 1294**

| PETITIONER: | RESPONDENT: |
|---|---|
| UNITED STATES OF AMERICA | YAKOV GRUNIS, OWNER ESTER DELI CORPORATION |

**IN THE MATTER OF:**

UNITED STATES OF AMERICA v. YAKOV GRUNIS, OWNER, ESTER DELI CORPORATION

**CAUSE OF ACTION:**

JUDICIAL ENFORCEMENT OF AN INTERNAL REVENUE SERVICE SUMMONS; 26 U.S.C. §§ 7402(b), 7604(a)

**RELIEF SOUGHT:**

JUDICIAL ENFORCEMENT OF AN INTERNAL REVENUE SERVICE SUMMONS; 26 U.S.C. §§ 7402(b), 7604(a)

| ATTORNEY FOR PLAINTIFF: | ATTORNEY FOR DEFENDANT: |
|---|---|
| LORETTA E. LYNCH, UNITED STATES ATTORNEY<br>Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, New York 11201<br><br>KELLY HORAN FLORIO, Assistant U. S. Attorney<br>Telephone: (718) 254-6007 | |

I am currently a member in good standing of the bar of this Court:   ☒ YES   ☐ NO

Signature of Attorney of Record: _Kelly Florio_   Date: 10/15/14