UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOTICE OF APPEARANCE |
| *Petitioner*, | Miscellaneous Action |
| - against - | No. MISC-14-1294 |
| YAKOV GRUNIS, OWNER ESTER DELI CORPORATION, | (Weinstein, J.) |
| *Respondent*. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney hereby appears on behalf of the petitioner.

Dated:   Brooklyn, New York
         March 17, 2015

>                                 LORETTA E. LYNCH
>                                 United States Attorney
>                                 Eastern District of New York
>                                 Attorney for Petitioner
>                                 271 Cadman Plaza East — 7th Floor
>                                 Brooklyn, New York  11201
>
> By:   /s/ *Margaret M. Kolbe*
>       MARGARET M. KOLBE
>       Assistant United States Attorney
>       (718) 254-6039