UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

              *Petitioner,*

- against -

YAKOV GRUNIS, OWNER
ESTER DELI CORPORATION,

              *Respondent.*
------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 17 2015 ★
BROOKLYN OFFICE

FILED
CLERK
2014 OCT 16 PM 3:45
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

Miscellaneous Action
No.

MISC14 1294

WEINSTEIN, J.

## ORDER TO SHOW CAUSE

Upon the Petition to Enforce an Internal Revenue Summons, together with the exhibits annexed thereto, including the declaration of Margarita Villafane of the Internal Revenue Service and summons, and on the basis of the points and authorities set forth in the memorandum submitted in support of the Petition,

IT IS HEREBY ORDERED AND ADJUDGED that Respondent Yakov Grunis, as Owner of Ester Deli Corporation, must appear before this Court, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, 11201 on _March 26_, 2014, at _10:00 AM_, to show cause why he should not be compelled by this Court to give the testimony and to produce the books, records, and other papers demanded in the Internal Revenue Service summons served upon him on March 21, 2014, and attached as Exhibit A to the Petition; and

IT IS FURTHER ORDERED AND ADJUDGED that a copy of this Order, together with the Petition and the annexed exhibits, be personally served upon Respondent Yakov Grunis, as

Owner of Ester Deli Corporation, by the United States Marshal for the Eastern District of New York, or, in the alternative, by an authorized official of the Internal Revenue Service, on or before _____ March 19, 2015 ~~2014~~; and

IT IS FURTHER ORDERED AND ADJUDGED that within five (5) days after service upon him of a copy of this Order, the Petition, and the annexed exhibits, Respondent Yakov Grunis, as Owner of Ester Deli Corporation, shall file and serve a written response to the Petition, supported by appropriate affidavits, as well as any motions he desires to make. All motions, and any issues raised by the pleadings, will be considered on the return date of this Order set forth above. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit will be considered on the return date of this Order, and any uncontested allegation in the Petition will be considered admitted.

Dated:  Brooklyn, New York
        March 16, 2015 ~~2014~~

_____
UNITED STATES DISTRICT JUDGE

2