UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

PETITION TO ENFORCE
INTERNAL REVENUE
SUMMONS

Petitioner,

-against-

Miscellaneous Action
No. 14 1294

YAKOV GRUNIS, OWNER
ESTER DELI CORPORATION,

Respondent.

### DECLARATION OF SERVICE

I, Margarita Villafane, declare and state as follows:

1. I am an employee of the Internal Revenue Service with a duty station at 2 Metrotech Center 6th Floor Brooklyn, NY 11201

2. On March 18, 2015 at 8:50 AM, I personally served a copy of the following documents by hand delivery at 3664 Nostrand Ave Brooklyn, NY 11229.

   a. Order to Show Cause, signed by the Honorable Jack B. Weinstein, on March 16, 2015
   b. Petition to Enforce Internal Revenue Service Summons
   c. Memorandum of Law

I declare under penalty of perjury that the foregoing is true and correct

Dated: March 18, 2015
Brooklyn, NY

*Margarita Villafane*
Revenue Agent