## Timeline of Correspondance

| Date | Description | Attachment |
|---|---|---|
| 01/08/2014 | Ji Song, newly appointed Power of Attorney (POA), faxed signed POA form to IRS RA – Margarita Villafane. | Attachment 1 |
| 01/??/2014 | POA requested the Information Documentation Request form (IDR) from RA to prepare documentations. | |
| 01/15/2014 | POA received IDR via fax from the IRS. | Attachment 2 |
| 01/15/2014 | POA responded immediately to a fax received from RA and requested a reasonable time frame to respond to IDR. | Attachment 3 |
| 03/??/2014 | IRS RA called and talked to POA. | |
| 03/07/2014 | POA sent fax to IRS and requested to set up an appointment for a meeting. | Attachment 4 |
| 03/21/2014 | RA did not set up appointment with POA instead RA summon Tax Payer. | Attachment 5 |
| 04/18/2014 | Tax Payer could not attend to summon due to illness. | Attachment 6 |
| 04/18/2014 | POA faxed documentation to RA in response to summon. | Attachment 7 |
| | IRS Agent never responded to the documents sent via fax on 4/18/2014. | |
| 07/07/2014 | IRS Attorney sent a letter to Tax Payer regarding summon. | Attachment 8 |
| 03/18/2015 | Tax payer received a letter from court. | Attachment 9 |
| 3/23/2015 | Tax Payer mailed response documentation to court. | Attachment 10 |

*Appendix A - Interview notes with Tax Payer