DATE 3/26/15

BEFORE JUDGE Weinstein    AT 10:00 A.M.

C/R A. Frischone    MAG. ___

CIVIL CAUSE FOR MOTION HEARING

Docket Number 14 mc 1294

Title: U.S.A. vs. Yakov Guns

(Pltff.) (Deft.) ___ motion for OTSC to compel the deft. to comply with the subpoena.

Appearances: For Pltff. Margaret Kolber

For Deft. Yakov Guns

✓ Case called.

✓ Counsel for all sides present. Deft. pro-se

___ Counsel for ___ not present.

✓ Motion argued. ___ Motion Granted ___ Motion Denied.

___ Decision reserved.

___ Order to be submitted by ___.

___ Case adjourned to ___ for ___.

✓ Other The deft. shall comply with the subpoena as stated on the record.

✓ The case is dismissed as moot.